UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANICE MCCALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:08-cv-02000-M |
| v. | § | |
| | § | |
| SOUTHWEST AIRLINES CO., and | § | |
| SOUTHWEST AIRLINES PILOTS | § | |
| ASSOCIATION, | § | |
| | § | |
| Defendants. | § | |

## APPENDIX

| SWA App. No. | Document Description |
|---|---|
| 1 | 1/21/08 Termination Letter |
| 2 – 33 | Plaintiff's First Requests for Production |
| 34 – 62 | ASAP – Memorandum of Understanding |
| 63 – 64 | Declaration of Jeff Hamlett |

HOUDMS/271102.1